IN THE MATTER OF THE PROBATE OF THE ALLEGED
WILL OF BEATRICE V. PARKER, DECEASED.

Argued March 18, 1958—Decided March 31, 1958.

*Mr. Robert V. Carton* argued the cause for the appellants (*Messrs. Durand, Ivins & Carton,* attorneys; *Mr. John Patrick Walsh* and *Mr. Thomas B. Clair,* of the New York Bar, on the brief).

*Mr. Theodore D. Parsons* argued the cause for the respondent Walter Mason, residuary legatee (*Messrs. Parsons, Labrecque, Canzona & Combs,* attorneys; *Mr. John Warren, Jr.,* of counsel).

PER CURIAM.   The judgment herein is affirmed for the reasons stated in the opinion filed by Judge Clapp and reported in *In re Parker,* 47 *N. J. Super.* 241 (*App. Div.* 1957).   No costs.

*For affirmance*—Chief Justice WEINTRAUB, and Justices HEHER, WACHENFELD, BURLING, JACOBS, FRANCIS and PROCTOR—7.

*For reversal*—None.